# COMMITMENT TO ANOTHER DISTRICT
Rule 40 Federal Rules of Criminal Procedures

**FILED**

| | |
|---|---|
| UNITED STATES DISTRICT COURT | **Eastern District of California** DEC 22 2008 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK |
| UNITED STATES OF AMERICA vs Vidal Perez-Busani | Docket Number Magistrate Case Number 1:08mj00306 GSA |

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

☐ INDICTMENT   ☐ INFORMATION   ☐ COMPLAINT   ☒ OTHER (SPECIFY): Violation Petition

CHARGING A VIOLATION OF:   U.S.C. § SECTION

**DISTRICT OF OFFENSE** Southern District of Illinois

**DESCRIPTION OF CHARGES:** Violation of Supervised Release

**CURRENT BOND STATUS:** __ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
__ Government moved for detention and defendant detained pending detention hearing in District of Offense
__ Other (specify)

**Representation:** __ Retained Counsel  ☒ Federal Defender  __ CJA Attorney  __ None

**Interpreter Required?** __ No  ☒ Yes   Language: Spanish

TO: THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for the District or to some other officer authorized to receive the defendant.

Date: 12/22/08

GARY S. AUSTIN, United States Magistrate Judge

---

**RETURN**

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) _____ DEPUTY MARSHAL |